**Order entered November 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00901-CV

**MICHAEL ZIEHL, Appellant**

**V.**

**TORNADO BUS COMPANY, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-10314**

## ORDER

Before the Court is court reporter Lanetta Williams's November 8, 2019 request for a thirty-day extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than December 9, 2019. We caution Ms. Williams that further extensions will not be granted absent exigent circumstances.

/s/    BILL WHITEHILL
        JUSTICE